UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**HARD METAL ADVANTAGE LLC**                     **CASE NO.  6:20-CV-01702**

**VERSUS**                                       **JUDGE JUNEAU**

**KENNAMETAL INC**                               **MAGISTRATE JUDGE PATRICK J. HANNA**

## JUDGMENT

Before this Court is a motion to dismiss or to transfer venue (Rec. Doc. 12) filed by defendant Kennametal, Inc. ("Kennametal"). This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion to dismiss or to transfer venue (Rec. Doc. 12) is GRANTED in part, such that Count I of Plaintiff's complaint will be transferred to the U.S. District Court for the Western District of Pennsylvania. The motion is DENIED in part, regarding Kennametal's request for dismissal of Count I.

1

It is further **ORDERED** that, for the reasons expressed in the Report and Recommendation issued, the parties will file simultaneous briefs on the issue of transfer of Plaintiff's remaining claims to the Western District of Pennsylvania pursuant to 28 U.S.C. § 1404(a), specifically addressing the Volkswagen factors in light of the Court's intended transfer of Count I. Such briefs should be filed no later than February 11, 2022. The Court hereby refers consideration of these issues to U.S. Magistrate Judge Patrick J. Hanna for issuance of an additional Report and Recommendation, as well as any necessary hearings thereon pursuant to 28 U.S.C. § 636.

**The Court notes that transfer of Plaintiff's patent infringement claim under Count I of its complaint will be stayed until such time as a ruling is issued as to Plaintiff's remaining claims in this suit.**

Signed at Lafayette, Louisiana, this 12th day of January, 2022.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE