UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **HARD METAL ADVANTAGE L L C** | **CASE NO. 6:20-CV-01702** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KENNAMETAL INC** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 27] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all remaining claims by Plaintiff are transferred to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1404(a).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the stay of transfer as to Plaintiff's patent infringement is lifted, enabling the transfer of the entire suit accordingly.

MONROE, LOUISIANA, this 6th day of April 2022.

_____
Terry A. Doughty
United States District Judge